# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE DARNELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN,<br><br>　　　　　Respondent. | Case No.: 1:16-cv-00396-AWI-JLT (HC)<br><br>ORDER DISREGARDING MOTION AS MOOT<br><br>(Doc. 14) |

On June 1, 2016, the Court dismissed the petition for writ of habeas corpus. The Court also declined to issue a certificate of appealability. Petitioner filed a notice of appeal on June 17, 2016, and the appeal was processed to the Ninth Circuit Court of Appeals. On June 17, 2016, Petitioner also filed a motion to appoint counsel in this Court. On January 10, 2017, however, the Ninth Circuit denied Petitioner's request for certificate of appealability. Thus, Petitioner's motion for counsel is **MOOT** and is hereby DISREGARDED.

IT IS SO ORDERED.

　　Dated:　**February 7, 2017**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE